IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DEBRA L. ASSENAT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 7:15cv00596 |
| v. ) | |
| ) | |
| NANCY A. BERRYHILL,[1] ) | By: Michael F. Urbanski |
| Acting Commissioner of Social Security, ) | United States District Judge |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this date, plaintiff's motion for summary judgment (ECF No. 14) is **DENIED**, the Commissioner's motion for summary judgment (ECF No. 16) is **GRANTED**, the magistrate judge's report and recommendation (ECF No. 20) is **ADOPTED in its entirety**, plaintiff's objections are **OVERRULED**, and this matter is **DISMISSED** and **STRICKEN** from the active docket of the court.

It is **SO ORDERED.**

Entered: 03-24-2017

/s/ Michael F. Urbanski
Michael F. Urbanski
United States District Judge

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security and will be substituted for Carolyn W. Colvin as defendant in this case pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.